IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|         Plaintiff | :Case No.  3:19-CR-157 (1) |
|     vs. | :HONORABLE WALTER H. RICE |
| Harris, Tyree | : |
|         Defendant | : |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 21, 2019 removing the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic Monitoring. Curfew.*

Adding:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Global Positioning Satellite (GPS).*
2. Abide by the following restriction on personal association, residence, or travel: Travel restricted to Montgomery County.

All other bond conditions remain in full force and effect.

Date: 7/16/2020

(tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE