UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                           Case No. 3:19-CR-157

vs.

TYREE HARRIS,                                       District Judge Michael J. Newman

    Defendant.

**ORDER: (1) DENYING AS MOOT DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 33) AND (2) GRANTING  DEFENDANT'S MOTION TO CONTINUE THE SENTENCING HEARING  (Doc. No. 50)**

On July 19, 2021, the Court held a conference call with Counsel for both parties regarding Defendant's Motion to Suppress (Doc. No. 33) and Defendant's Motion to Continue the Sentencing date (Doc. No. 50).

The Court, having been advised by Counsel for both parties, that ruling on Defendant's Motion to Suppress (Doc. No. 33) was no longer necessary, **DENIES** as moot Defendant's Motion to Suppress**.**   Further, by agreement of the parties, and for reasons stated on the record, the Court **GRANTS** Defendant's Motion to Continue the Sentencing hearing (Doc. No. 50), previously scheduled for July 27, 2021.   Proposed new dates for the sentencing hearing will be circulated to the parties in the next few days.

    **IT IS SO ORDERED.**

July 19, 2021                                                      *s/Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge